JUDGE COTE

07 CV 4106

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC.<br><br>Plaintiff,<br><br>-against-<br><br>MORTGAGE CORPORATION OF AMERICA, INC., d/b/a ZONE FUNDING<br><br>Defendant. | Civ. No.<br><br>MAY 2 5 2007 |

**STATEMENT PURSUANT TO RULE 7.1
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff DB Structured Products, Inc., states as follows:

Defendant DB Structured Products, Inc. is wholly owned by DB U.S. Financial Markets Holding Corporation, a Delaware Corporation which is wholly owned by Taunus Corp., which is wholly owned by Deutsche Bank AG, which is a publicly held corporation.

Dated: New York, New York
      May 25, 2007

                              THACHER PROFFITT & WOOD LLP

                              By: _____
                              John P. Doherty (JD-3275)
                              Richard F. Hans (RH-0110)
                              Kerry Ford Cunningham (KF-1825)
                              Brendan E. Zahner (BZ-8645)
                              Two World Financial Center
                              New York, New York 10281
                              (212) 912-7400

                              *Attorneys for DB Structured Products, Inc.*