# United States District Court

**SOUTHERN** DISTRICT OF **NEW YORK**

DB STRUCTURED PRODUCTS, INC.

V.

MORTGAGE CORPORATION OF AMERICA, INC., d/b/a ZONE FUNDING

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CV 4106**

**JUDGE COTE**

TO: (Name and address of defendant)

MORTGAGE CORPORATION OF AMERICA, INC., d/b/a ZONE FUNDING
2315 Kuehner Drive, Suite 115
Simi Valley, CA 93063-3960

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THACHER PROFFITT & WOOD LLP
Richard F. Hans (RH-0110)
John P. Doherty (JD-3275)

Two World Financial Center
New York, New York 10281
(212) 912-7400

an answer to the complaint which is herewith served upon you, within _____TWENTY_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY 2 5 2007

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                                             Signature of Server

                                                                          _____
                                                                          Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

B 151— Affidavit of Service of Summons or Subpoena: Personal or Alternative Methods: Corp. or Ind.: Military Service, 10 pt. type, 1-95

Blumbergs Law Products

© 1988 JULIUS BLUMBERG, INC. PUBLISHER, NYC 10013

**COURT** UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

COUNTY OF

DB STRUCTURED PRODUCTS, INC.

*Plaintiff(s)*

against

MORTGAGE CORPORATION OF AMERICA, INC., D/B/A ZONE FUNDING

*Defendant(s)*

Index No. 07 CV 4106

*AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)*
SEE ATTACHED RIDER

STATE OF ~~NEW YORK~~ CALIFORNIA, COUNTY OF LOS ANGELES   SS:   The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides ~~in~~ IN THE STATE OF FLORIDA
That on 6/5/07 at 10:55AM., at 4277 VALLEY FAIR STREET, SIMI VALLEY, CA 93063
deponent served the within summons, *and complaint* on MORTGAGE CORPORATION OF AMERICA, INC. defendant therein named,
SEE ATTACHED RIDER   D/B/A ZONE FUNDING, BY SERVING BRADLEY ALBERT RICE, REGISTERED AGENT

**INDIVIDUAL**
1. ☒ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2. ☐ a ____ corporation, by delivering thereat a true copy *of each* to ____ personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be ____ thereof.

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy *of each* to ____ a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4**
5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at ____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4**
5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at ____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☒ 5'9"-6'0" | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.**
☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE**
☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
SEE ATTACHED JURAT

PRINT NAME BENEATH SIGNATURE
DOUGLAS MACDONALD

License No. VENTURA #283

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**

State of California

County of _Los Angeles_ } ss.

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____

Signature of Document Signer No. 1     Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this _13_ day of _June_, _2007_, by

(1) _Douglas Alan MacDonald_
Name of Signer

ANDIE BA HOANG
Commission # 1566438
Notary Public - California
Los Angeles County
My Comm. Expires Apr 2, 2009

☑ Personally known to me
☐ Proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2) _____,
Name of Signer

☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

_____
Signature of Notary Public

Place Notary Seal Above

— **OPTIONAL** —

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

RIGHT THUMBPRINT OF SIGNER #1
Top of thumb here

RIGHT THUMBPRINT OF SIGNER #2
Top of thumb here

©2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X  Case No. 07 CV 4106
DB STRUCTURED PRODUCTS, INC.,

                    Plaintiff,
                                              RIDER TO AFFIDAVIT
        - against -                              OF SERVICE

MORTGAGE CORPORATION OF AMERICA
D/B/A ZONE FUNDING,

                    Defendant.
----------------------------------------X
```

List of Documents served:

1. Summons In A Civil Case;

2. Complaint;

3. Disclosure Statement Pursuant To Federal Rule Of Civil Procedure 7.1;

4. Civil Cover Sheet;

5. Individual Practices of Judge Denise L. Cote;

6. Individual Rules Of Practices Of Magistrate Judge Kevin Nathaniel Fox;

7. Procedures For Electronic Case Filing;

8. Guidelines For Electronic Case Filing; and

9. 3rd Amended Instructions For Filing An Electronic Case Or Appeal.