UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DB STRUCTURED PRODUCTS, INC.,

                 Plaintiff,

-against-

MORTGAGE CORPORATION OF AMERICA, INC.,
d/b/a ZONE FUNDING

                 Defendant.
-----------------------------------------------------------------x

**ECF CASE**

07 Civ. 4106 (DLC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                           ) ss.:
COUNTY OF NEW YORK )

       JACKELINE N. NOVIKOV-CARLES, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and has a business address at Two World Financial Center, New York, New York 10281.

       On July 20, 2007, deponent served a copy of the Notice of Initial Pretrial Conference dated June 11, 2007 by depositing a true and correct copy of same into the custody of the United States Postal Service, enclosed in a properly addressed postage prepaid envelope to:

                                  Mortgage Corporation of America, Inc.
                                  d/b/a Zone Funding
                                  Attn: Bradley A. Rice
                                  2315 Kuehner Drive, Suite 115
                                  Simi Valley, CA  93063

                                  _____
                                  JACKELINE N. NOVIKOV-CARLES

Sworn to before me this
23rd day of July 2007

_____
        Notary Public
       CONNIE LEE
NOTARY PUBLIC, State of New York
     No. 01LE50225914
  Qualified in Kings County
Commission Expires April 4, 2010