```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DB STRUCTURED PRODUCTS, INC.,           :
                                        :   07 CIV. 4106(DLC)  ←——
                     Plaintiff,         :   (KNF)*
                                        :
       -v-                              :
                                        :        ORDER OF
MORTGAGE CORPORATION OF AMERICA, INC.,  :      REFERENCE TO A
d/b/a ZONE FUNDING,                     :     MAGISTRATE JUDGE
                     Defendant.         :
----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,           :
                                        :   07 CIV. 4109
                     Plaintiff,         :
                                        :
       -v-                              :
                                        :
BALTIMORE AMERICAN MORTGAGE             :
CORPORATION, INC.,                      :
                     Defendant.         :
----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,           :
                                        :
                     Plaintiff,         :   07 CIV. 4115
                                        :
       -v-                              :
                                        :
FIRST CAPITAL MORTGAGE CORP.,           :
                                        :
                     Defendant.         :
----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,           :
                                        :   07 CIV. 4116
                     Plaintiff,         :
                                        :
       -v-                              :
                                        :
ACT LENDING CORPORATION,                :
                                        :
                     Defendant.         :
----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,           :
                                        :
                     Plaintiff,         :   07 CIV. 4118
                                        :
       -v-                              :
                                        :
COMMONSENSE MORTGAGE CORPORATION, INC., :
                                        :
                     Defendant.         :
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8|10|07

1

```
-------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,          :
                                       :
                   Plaintiff,          :    07 CIV. 4119
                                       :
         -v-                           :
                                       :
LENDER, LTD.,                          :
                   Defendant.          :
-------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,          :
                                       :
                   Plaintiff,          :    07 CIV. 4120
                                       :
         -v-                           :
                                       :
MARIBELLA MORTGAGE, LLC,               :
                                       :
                   Defendant.          :
-------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,          :
                                       :
                   Plaintiff,          :    07 CIV. 4121
                                       :
         -v-                           :
                                       :
LANCASTER MORTGAGE BANKERS, LLC,       :
                                       :
                   Defendant.          :
-------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,          :
                                       :    07 CIV. 4122
                   Plaintiff,          :
                                       :
         -v-                           :
                                       :
GREAT NORTHERN FINANCIAL GROUP, INC.,  :
                                       :
                   Defendant.          :
-------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,          :
                                       :
                   Plaintiff,          :    07 CIV. 4123
                                       :
         -v-                           :
                                       :
INVESTAID CORPORATION,                 :
                                       :
                   Defendant.          :
-------------------------------------- :
```

2

```
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :    07 CIV. 4124
                                         :
          -v-                            :
                                         :
CAMERON FINANCIAL GROUP, INC.,           :
                                         :
                    Defendant.           :
-------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :    07 CIV. 4125
                                         :
          -v-                            :
                                         :
TRANSNATIONAL FINANCIAL NETWORK, INC.,   :
                                         :
                    Defendant.           :
-------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :    07 CIV. 4126
                                         :
          -v-                            :
                                         :
BAYROCK MORTGAGE CORPORATION,            :
                                         :
                    Defendant.           :
-------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :    07 CIV. 4127
                                         :
          -v-                            :
                                         :
IFREEDOM DIRECT CORPORATION, f/k/a NEW   :
FREEDOM MORTGAGE CORPORATION,            :
                                         :
                    Defendant.           :
--------------------------------------X
```

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |

3

| | | |
|---|---|---|
| ____ Specific Non-Dispositive Motion/Dispute* | _____ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |

_____

____

_____

____

Purpose:

_____ _____

| | | |
|---|---|---|
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | _____ | Habeas Corpus |

_____

| | | |
|---|---|---|
| X  Settlement* | _____ | Social Security |
| Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| __ | | |

Particular Motion:

_____

_____

_____

===========================================

*      Do not check if already referred for general pretrial.

**SO ORDERED:**

DATED:     New York, New York
           August 10, 2007    _____
                                     DENISE COTE
                          United States District Judge

4