USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DB STRUCTURED PRODUCTS, INC.,            :

         Plaintiff,            :

      -against-            :

MORTGAGE CORP. OF AMERICA, INC.,    :
d/b/a/ ZONE FUNDING,
                        :

         Defendant.
-----------------------------------------------------------:
DB STRUCTURED PRODUCTS, INC.,            :

         Plaintiff,            :

      -against-            :

                        :
BALTIMORE AMERICA MORTGAGE CORP.,
INC.,                                        :

         Defendant.            :
-----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

         Plaintiff,            :

      -against-            :

                        :
FIRST CAPITAL MORTGAGE CORP.,            :

         Defendant.
-----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

         Plaintiff,            :

      -against-            :

                        :
PRAJNA GROUP, INC. d/b/a LIBERTY
MORTGAGE FUNDING,                            :

         Defendant.            :
-----------------------------------------------------------

**ORDER**

07 Civ. 4106 (DLC)(KNF)

07 Civ. 4109  (DLC)(KNF)

07 Civ. 4115 (DLC)(KNF)

07 Civ. 4116 (DLC)(KNF)

```
-----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,               :

                    Plaintiff,              :

            -against-                       :
                                                    07 Civ. 4117 (DLC)(KNF)
ACT LENDING CORP.,                          :

                    Defendant.              :
-----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,               :

                    Plaintiff,              :

            -against-                       :
                                                    07 Civ. 4118 (DLC)(KNF)
COMMONSENSE MORTGAGE CORP., INC.,           :

                    Defendant.              :
-----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,               :

                    Plaintiff,              :

            -against-                       :
                                                    07 Civ. 4119 (DLC)(KNF)
LENDER, LTD.,                               :

                    Defendant.              :
-----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,               :

                    Plaintiff,              :

            -against-                       :
                                                    07 Civ. 4120 (DLC)(KNF)
MARIBELLA MORTAGE, LLC,                     :

                    Defendant.              :
-----------------------------------------------------------
```

```
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

                Plaintiff,               :

          -against-                      :
                                              07 Civ. 4121 (DLC)(KNF)
LANCASTER MORTAGE BANKERS, LLC,          :

                Defendant.               :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

                Plaintiff,               :

          -against-                      :
                                              07 Civ. 4122 (DLC)(KNF)
GREAT NORTHERN FINANCIAL GROUP,          :
INC.,
                Defendant.               :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

                Plaintiff,               :

          -against-                      :
                                              07 Civ. 4123 (DLC)(KNF)
INVESTAID CORPORATION,                   :

                Defendant.               :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

                Plaintiff,               :

          -against-                      :
                                              07 Civ. 4124 (DLC)(KNF)
CAMERON FINANCIAL GROUP, INC.,           :

                Defendant.               :
------------------------------------------------------------
```

```
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,                :

                Plaintiff,                   :

        -against-                            :
                                                    07 Civ. 4125 (DLC)(KNF)
TRANSNATIONAL FINANCIAL NETWORK,             :
INC.,
                                             :
                Defendant.
------------------------------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,
                                             :
                Plaintiff,
                                             :
        -against-
                                             :
                                                    07 Civ. 4126 (DLC)(KNF)
BAYROCK MORTGAGE CORPORATION,

                Defendant.                   :
------------------------------------------------------ X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned actions on September 24, 2007, at 5:00 p.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
      August 27, 2007

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE