UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC., | ) |
| Plaintiff, | ) ECF CASE |
| | ) |
| | ) 07 Civ. 4106 (DLC) |
| -against- | ) |
| | ) **AFFIDAVIT OF SERVICE** |
| MORTGAGE CORPORATION OF AMERICA, INC., | ) |
| d/b/a ZONE FUNDING | ) |
| | ) |
| Defendant. | ) |

------------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

JACKELINE N. NOVIKOV-CARLES, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and has a business address at Two World Financial Center, New York, New York 10281.

On August 23, 2007, deponent served a true and correct copy of the Order to Show Cause and Affidavit of John P. Doherty in Support of Application for Default Judgment with all exhibits attached thereto, by Federal Express priority overnight delivery to:

> Bradley Albert Rice
> 4277 Valley Fair Street
> Simi Valley, CA 93063
> Registered Agent for Mortgage Corporation of
> America, Inc., d/b/a Zone Funding

_____
JACKELINE N. NOVIKOV-CARLES

Sworn to before me this
30th day of August 2007

_____
Notary Public
CONNIE LEE
NOTARY PUBLIC, State of New York
No. 01LE50225914
Qualified in Kings County
Commission Expires April 4, 2010