

# REMITTANCE COPY

Deutsche Bank Securities, Inc.
60 Wall Street
New York, NY 10005

Attn: Jay Strauss Esq.

PLEASE REMIT PAYMENT BY WIRE TO:

Citibank, N.A.
(ABA No. 021000089)
For the Account of:
Thacher Proffitt & Wood LLP
Account No. 37562867
Reference: RFH 17988-00643

Invoice Number **54913**

July 9, 2007

FEDERAL ID NO. 13-5612353

| | | |
|---|---|---|
| FOR PROFESSIONAL SERVICES rendered and disbursements posted through May 31, 2007 with respect to Mortgage Corp America/Zone Funding, our services including: | | |
| Total Fees | | $ 7,469.50 |
| Total Disbursements | | $ 417.30 |
| TOTAL AMOUNT DUE | | $ 7,886.80 |
| RFH 17988-00643 | | |

Thacher Proffitt & Wood LLP  -  Finance Department  -  2 World Financial Center  -  New York, New York 10281



# Thacher Proffitt
Thacher Proffitt & Wood LLP

Deutsche Bank Securities, Inc.  
60 Wall Street  
New York, NY 10005  

Attn: Jay Strauss Esq.

PLEASE REMIT PAYMENT BY WIRE TO:

Citibank, N.A.  
(ABA No. 021000089)  
For the Account of:  
Thacher Proffitt & Wood LLP  
Account No. 37562867  
Reference: RFH 17988-00643  

Invoice Number **54913**                                             July 9, 2007

FEDERAL ID NO. 13-5612353

FOR PROFESSIONAL SERVICES rendered and disbursements posted through May 31, 2007 with respect to Mortgage Corp America/Zone Funding, our services including:

| Date | Services | Atty. | Hours |
|---|---|---|---|
| 03/02/07 | Office conference with JPD regarding case and research; research jurisdictional requirements; e-mails with KFC regarding same. | LAH | 0.3 |
| 03/13/07 | Meet with team; email to client; work on complaint and jurisdictional issues; meet with RFH. | JPD | 0.2 |
| 03/13/07 | Office conference with JPD, KFC, BEZ and MHM regarding matter; circulate and review documents provided by client; review sample complaint; office conference with BEZ regarding sample complaint. | JSK | 0.1 |
| 03/13/07 | Telephone conference with JPD, BEZ, JSK and MHM regarding strategy for upcoming litigations; drafted email for JPD regarding additional information needed for pleadings. | KFC | 1.3 |
| 03/13/07 | Meeting with JPD, JSK, BEZ and KFC; review of preliminary documents. | MHM | 1.3 |
| 03/14/07 | Review transaction documents and demand letters received from client. | BEZ | 0.2 |
| 03/15/07 | Continue reviewing documents; begin drafting demand letter. | BEZ | 0.1 |
| 03/19/07 | Review transaction documents. | BEZ | 0.2 |
| 03/21/07 | Continue review of transaction documents. | BEZ | 2.9 |
| 03/21/07 | Document request | SS | 0.1 |
| 03/22/07 | Work on draft Complaint; review transaction documents. | BEZ | 0.4 |

Invoice Number: **54913**  Page 2

| Date | Description | Initials | Hours |
|---|---|---|---|
| 03/22/07 | Review of documents from Deutsche Bank including Volume 1 of Seller's Guide and applicable repurchase sections; telephone conference with BEZ regarding repurchase obligations and loan types; review of repurchase demands sent by Deutsche Bank; review of draft complaint for bulk sellers | KFC | 0.2 |
| 03/26/07 | Draft model Complaint for correspondent lenders; review documents relating to same. | BEZ | 0.4 |
| 03/26/07 | Meet with BEZ; outline open issues. | JPD | 0.4 |
| 03/27/07 | Office conference with JPD regarding outstanding documents needed from client; prepare email to Mr. Paolini regarding same. | BEZ | 0.1 |
| 03/28/07 | Draft outline of documents we have and need; prepare for and attend conference call with client; draft email to Mr. Lopena regarding same. | BEZ | 0.3 |
| 03/28/07 | Review of outline for conference call regarding issues and outstanding documents; revised same; emails with BEZ regarding same; conference call with RFH, JPD, BEZ and Jay Strauss, Steve Paolini and Robert Lopena; office conference with BEZ, JPD, RFH regarding repurchase demands. | KFC | 0.1 |
| 03/30/07 | Email from Mr. Lopena regarding documents; emails with DG regarding same; emails with KFC regarding same; email to KFC and JSK regarding status. | BEZ | 0.1 |
| 04/03/07 | Review commitment letters; review status of case and BEZ emails; conference with JSK. | MHM | 0.4 |
| 04/04/07 | Team emails regarding materials received to date; draft chart detailing what materials received for each lender; office and phone conferences with MHM, BEZ and JNN regarding same. | JSK | 0.2 |
| 04/05/07 | Telephone conference with JPD regarding status of information gathering for repurchase demands and complaint; drafted email to Robert Lopena regarding same. | KFC | 0.1 |
| 04/09/07 | Office conference with JPD and KFC regarding status and outstanding documents; draft email to Mr. Lopena; revise demand letters. | BEZ | 0.2 |
| 04/09/07 | Telephone conference with JPD and BEZ regarding status of litigations for all lenders; reviewed all repurchase schedules; reviewed seller loan purchase agreements regarding demand requirements; | KFC | 0.2 |
| 04/10/07 | Review Commitment letters for notice provisions. | BEZ | 0.2 |
| 04/11/07 | Telephone conference with JPD and BEZ regarding demand letters for various sellers and other matters; review of additional commitment letters and schedules; review of repurchase schedules; email to Bob Lopena regarding same; email to Kelli Stenstrom regarding amendments to Seller Guide. | KFC | 0.1 |
| 04/12/07 | Reviewed all amendments to Volume 1 of Seller Guide; reviewed purchase dates for all loans; office conferences with JPD and BEZ | KFC | 0.2 |

Invoice Number: **54913**                                             Page 3

| Date | Description | Initials | Hours | |
|---|---|---|---|---|
| | regarding demands and complaints. | | | |
| 04/18/07 | Work to obtain and review seller's files; emails with Deutsche Bank; meet with TPW team. | JPD | 0.1 | |
| 04/19/07 | Work to obtain and review seller's files; emails with Deutsche Bank; meet with TPW team. | JPD | 0.2 | |
| 04/20/07 | Work to obtain and review agreements and loan files; meet with BEZ, KFC and JSK. | JPD | 0.2 | |
| 04/20/07 | Draft demand letters and complaints | JSK | 0.5 | |
| 04/23/07 | Review loan files; update lender spreadsheet accordingly. | JNN | 0.2 | |
| 04/23/07 | Review documents; team meetings. | JPD | 0.2 | |
| 04/23/07 | Draft demand letter and complaint; team emails regarding same; emails with LD regarding states of incorporation; emails with JNN regarding updates to lender chart. | JSK | 1.1 | |
| 04/24/07 | Review the various commitment letters; fact investigation; create list related to paragraph 2C regarding same. | JNN | 0.1 | |
| 04/24/07 | Office conference with team; emails with KFC regarding revisions to demand letters; revise demand letters. | JSK | 0.8 | |
| 04/24/07 | Telephone conference with JPD regarding repurchase demand and draft complaint; reviewed and revised same; email to Jen Kozar regarding same. | KFC | 1.0 | |
| 04/25/07 | Work on letters; emails. | JPD | 0.2 | |
| 04/25/07 | Revise demand letters and complaints; emails and conferences with team regarding same. | JSK | 0.9 | |
| 04/26/07 | Finalize Demand Letter. | JNN | 0.2 | |
| 04/26/07 | Review and finalize demand letters; team emails regarding same; draft cover letter to JPD attaching same; calculate total demand amount; Revise commitment letters; emails to team attaching same; draft emails to and review emails from LD regarding status of incorporation; office conference with JPD and BEZ regarding complaint of demand letters. | JSK | 0.5 | |
| 04/26/07 | Work on repurchase demand and schedule. | KFC | 0.4 | |
| 04/27/07 | Research corporations; e-mails with MHM regarding the same. | LD | 0.3 | |
| 04/30/07 | Telephone conference with Mr. Strauss, Mr. Lopena and Mr. Paolini regarding cases; telephone conference with Mr. Paolini. | JPD | 0.2 | |
| 05/01/07 | Conferences with and emails to/from team. | JSK | 0.1 | |
| 05/03/07 | Finalize and serve demand letters; emails to client; emails with MHM. | JPD | 0.3 | |
| 05/08/07 | Review recently received lenders' documents; update Spreadsheet | JNN | 0.4 | |

Invoice Number: 54913                                                                                                  Page 4

| Date | Description | Initials | Hours | Amount |
|---|---|---|---:|---:|
| | accordingly; work on list of commitment letters; review lenders' files; gather and organize documents in preparation of complaint. | | | |
| 05/08/07 | Telephone conference with Mr. Paolini, Mr. Lopena and Mr. Yan. | JPD | 0.2 | |
| 05/10/07 | Research; finalize Summons and Model Civil Cover Sheet; organize accordingly. | JNN | 0.5 | |
| 05/22/07 | Revise complaints; telephone conference with KFC; team emails; updated chart; emails with Mr. Lopena and Ms. Stenstrom. | JPD | 0.2 | |
| 05/23/07 | Revise complaints; emails and telephone conference with Ms. Stenstrom; emails with Mr. Lopena; review email notifications. | JPD | 0.3 | |
| 05/24/07 | Prepare Complaint for filing. | BEZ | 0.4 | |
| 05/24/07 | Oversee preparation of complaints; telephone conference with Ms. Stenstrom; emails with DBSP; meet with BEZ, JSK and MHM; revise complaints; emails with Mr. Lopena; telephone conference with Mr. Lopena; email to Mr. Commaroto. | JPD | 0.4 | |
| 05/24/07 | Add K. Stenstrom language to complaint and revise complaint for filing; assemble complaint and exhibits for filing. | JSK | 0.3 | |
| 05/24/07 | Final preparation in filing of complaint. | MHM | 0.2 | |
| 05/25/07 | Finalize Complaint; supervise filing of same. | BEZ | 0.5 | |
| 05/25/07 | Purchased index number, filed complaint and Rule 7.1 Statement and had Summons issued by clerk in SDNY. | JEW | 0.3 | |
| 05/25/07 | Oversee filing of complaint; meet with BEZ and JSK; telephone conference with Ms. Stenstrom; emails with DBSP. | JPD | 0.5 | |
| 05/25/07 | Prepare complaint for filing. | JSK | 0.2 | |
| 05/29/07 | Office conferences with MHM and JTH regarding service and filing issues. | BEZ | 0.2 | |
| 05/29/07 | Follow up regarding filing and service of complaints; emails with Ms. Stenstrom. | JPD | 0.2 | |
| 05/30/07 | Follow up regarding service of process and related issues; meet with BEZ; oversee CD to client; emails with Ms. Stenstrom; handle Bloomberg news issues with Ms. Stenstrom and Ted Meyer at Deutsche Bank; emails regarding the same. | JPD | 0.2 | |
| 05/31/07 | Follow up regarding filing and service; letter to Ms. Stenstrom. | JPD | 0.1 | |
| | Total Hours | | 22.9 | |
| | Total Fees | | | $ 7,469.50 |
| | Disbursements Posted | | | |
| | Duplicating | | | 7.70 |
| | Federal Express | | | 18.03 |

Invoice Number: **54913**                                                                                     Page 5

|  |  |  |  |
|---|---|---|---|
|  | Local Transportation<br>Miscellaneous Filing Fee | 41.57<br>350.00 |  |
|  | Total Disbursements |  | $   417.30 |
|  | TOTAL AMOUNT DUE |  | $ 7,886.80 |
| RFH<br>17988-00643 |  |  |  |

Invoice Number: **54913**                                                                                             Page 6

| Attorney Summary | | | |
|---|---|---|---|
| Attorney | Hours | Rate | Total |
| **Partner** | | | |
| ( JPD ) Doherty, John P. | 4.1 | 400.00 | 1,640.00 |
| **Associate** | | | |
| ( KFC ) Cunningham, Kerry F. | 3.6 | 350.00 | 1,260.00 |
| ( LAH ) Herbert, Lisa A. | 0.3 | 300.00 | 90.00 |
| ( JSK ) Kozar, Jennifer S. | 4.7 | 300.00 | 1,410.00 |
| ( MHM ) Mulhearn, Mary H. | 1.9 | 300.00 | 570.00 |
| ( BEZ ) Zahner, Brendan E. | 6.2 | 350.00 | 2,170.00 |
| **Legal Assistant** | | | |
| ( LD ) Droubi, Luna | 0.3 | 155.00 | 46.50 |
| ( JNN ) Novikov-Carles, Jackeline N. | 1.4 | 175.00 | 245.00 |
| ( SS ) Sobhan, Siham | 0.1 | 155.00 | 15.50 |
| **Administrative** | | | |
| ( JEW ) Wilson, Jonathan E. | 0.3 | 75.00 | 22.50 |
| | 22.9 | | |
| Total Fees | | | $ 7,469.50 |
| Total Disbursements | | | $ 417.30 |
| TOTAL AMOUNT DUE | | | $ 7,886.80 |

RFH
17988-00643



# Thacher Proffitt
Thacher Proffitt & Wood LLP

# REMITTANCE COPY

Deutsche Bank Securities, Inc.
60 Wall Street
New York, NY 10005

Attn: Jay Strauss Esq.

PLEASE REMIT PAYMENT BY WIRE TO:

Citibank, N.A.
(ABA No. 021000089)
For the Account of:
Thacher Proffitt & Wood LLP
Account No. 37562867
Reference: RFH 17988-00643

Invoice Number **57619**

July 24, 2007

FEDERAL ID NO. 13-5612353

| | |
|---|---|
| FOR PROFESSIONAL SERVICES rendered and disbursements posted through June 30, 2007 with respect to Mortgage Corp America/Zone Funding, our services including: | |
| Total Fees | $ 580.00 |
| Total Disbursements | $ 314.23 |
| TOTAL AMOUNT DUE<br>RFH 17988-00643 | $ 894.23 |

# Thacher Proffitt

Thacher Proffitt & Wood LLP

Deutsche Bank Securities, Inc.
60 Wall Street
New York, NY 10005

Attn: Jay Strauss Esq.

PLEASE REMIT PAYMENT BY WIRE TO:

Citibank, N.A.
(ABA No. 021000089)
For the Account of:
Thacher Proffitt & Wood LLP
Account No. 37562867
Reference: RFH 17988-00643

Invoice Number 57619

July 24, 2007

FEDERAL ID NO. 13-5612353

FOR PROFESSIONAL SERVICES rendered and disbursements posted through June 30, 2007 with respect to Mortgage Corp America/Zone Funding, our services including:

| Date | Services | Atty. | Hours |
|---|---|---|---|
| 05/10/07 | Team conferences; office conference with JNN regarding exhibits to complaints; review chart to determine if any relevant documents missing. | JSK | 0.7 |
| 06/08/07 | Meet with team; litigation issues; status email. | JPD | 0.1 |
| 06/11/07 | Status email; meet with BEZ and KFC; outline strategy; review court notices. | JPD | 0.1 |
| 06/12/07 | Emails with DBSP. | JPD | 0.1 |
| 06/14/07 | Review complaint; include claim damages amount to total sum. | JNN | 0.1 |
| 06/14/07 | Court status; status emails with DBSP. | JPD | 0.1 |
| 06/18/07 | Filed original Summons with Affidavit of Service in SDNY. | JEW | 0.5 |
| 06/19/07 | Office conference with JPD, KFC and JSK regarding status and handling. | BEZ | 0.1 |
| 06/19/07 | Meet with TPW team; status email. | JPD | 0.1 |
| 06/19/07 | Conference with JPD, BEZ, and JSK regarding strategy and status. | KFC | 0.1 |
| 06/25/07 | Status meeting; emails to DBSP regarding all matters. | JPD | 0.1 |
| 06/26/07 | Status email. | JPD | 0.1 |
| | Total Hours | | 2.2 |

Invoice Number: **57619**                                                                 Page 2

|  |  |  |  |
|---|---|---|---|
|  | Total Fees |  | $    580.00 |
|  | Disbursements Posted |  |  |
|  | Local Transportation | 275.00 |  |
|  | Outside Duplicating | 39.23 |  |
|  | Total Disbursements |  | $    314.23 |
|  | TOTAL AMOUNT DUE |  | $    894.23 |
| RFH 17988-00643 |  |  |  |

Invoice Number: **57619**                                                                 Page 3

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| **Attorney Summary** | | | |
| Partner | | | |
| ( JPD ) Doherty, John P. | 0.7 | 400.00 | 280.00 |
| Associate | | | |
| ( KFC ) Cunningham, Kerry F. | 0.1 | 350.00 | 35.00 |
| ( JSK ) Kozar, Jennifer S. | 0.7 | 250.00 | 175.00 |
| ( BEZ ) Zahner, Brendan E. | 0.1 | 350.00 | 35.00 |
| Legal Assistant | | | |
| ( JNN ) Novikov-Carles, Jackeline N. | 0.1 | 175.00 | 17.50 |
| Administrative | | | |
| ( JEW ) Wilson, Jonathan E. | 0.5 | 75.00 | 37.50 |
| | 2.2 | | |
| Total Fees | | | $ 580.00 |
| Total Disbursements | | | $ 314.23 |
| TOTAL AMOUNT DUE | | | $ 894.23 |

RFH
17988-00643



# Thacher Proffitt
Thacher Proffitt & Wood LLP

# REMITTANCE COPY

Deutsche Bank Securities, Inc.
60 Wall Street
New York, NY 10005

Attn: Jay Strauss Esq.

PLEASE REMIT PAYMENT BY WIRE TO:

Citibank, N.A.
(ABA No. 021000089)
For the Account of:
Thacher Proffitt & Wood LLP
Account No. 37562867
Reference: RFH 17988-00643

Invoice Number **58896**

August 28, 2007

FEDERAL ID NO. 13-5612353

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES rendered and disbursements posted through July 31, 2007 with respect to Mortgage Corp America/Zone Funding, our services including: | |
| Total Fees | $ 1,942.50 |
| Total Disbursements | $ 1.14 |
| Total | $ 1,943.64 |
| Outstanding Amount from Prior Bills | $ 8,781.03 |
| TOTAL AMOUNT DUE | $ 10,724.67 |
| RFH 17988-00643 | |



# Thacher Proffitt
Thacher Proffitt & Wood LLP

Deutsche Bank Securities, Inc.  
60 Wall Street  
New York, NY 10005

Attn: Jay Strauss Esq.

PLEASE REMIT PAYMENT BY WIRE TO:

Citibank, N.A.  
(ABA No. 021000089)  
For the Account of:  
Thacher Proffitt & Wood LLP  
Account No. 37562867  
Reference: RFH 17988-00643

Invoice Number **58896**

August 28, 2007

FEDERAL ID NO. 13-5612353

FOR PROFESSIONAL SERVICES rendered and disbursements posted through July 31, 2007 with respect to Mortgage Corp America/Zone Funding, our services including:

| Date | Services | Atty. | Hours |
|---|---|---|---|
| 07/02/07 | Meet with team; status. | JPD | 0.1 |
| 07/06/07 | Default judgment motions. | JPD | 0.1 |
| 07/11/07 | Work on motions for default. | JPD | 0.2 |
| 07/13/07 | Prepare draft default judgment documents. | CAL | 0.5 |
| 07/17/07 | Work on default judgments. | JPD | 0.2 |
| 07/18/07 | Review case file; gather and organize documents accordingly. | JNN | 0.3 |
| 07/19/07 | Prepare letter to the Honorable Denise Cote enclosing filed complaint. | JNN | 0.1 |
| 07/19/07 | Status meeting. | JPD | 0.1 |
| 07/20/07 | Review pleadings; locate and gather the Notice of Initial Pretrial Conference; prepare letter enclosing same; serve accordingly; hand deliver courtesy copy of the filed complaint to the Honorable Denise Cote. | JNN | 0.6 |
| 07/23/07 | Prepare Affidavit of Service of the Notice of Initial Pretrial Conference; coordinate public notarization accordingly; arrange for docketing; work on file pleading log. | JNN | 0.7 |
| 07/23/07 | Prepare for conference; status. | JPD | 0.2 |
| 07/24/07 | Discovery issues. | JPD | 0.1 |
| 07/25/07 | Discuss default papers with JDF and AFW. | CAL | 0.2 |

Invoice Number: **58896**  Page 2

| Date | Description | Initials | Hours | | Amount |
|---|---|---|---|---|---|
| 07/25/07 | Delivered by hand for Judge Cote to SDNY. | JEW | 0.6 | | |
| 07/25/07 | Work on file pleading log; case file management. | JNN | 0.2 | | |
| 07/26/07 | Work on default motion. | JPD | 0.3 | | |
| 07/30/07 | Review/revise default judgment papers; discuss process with MM. | CAL | 0.8 | | |
| 07/30/07 | Work on default motion. | JPD | 0.3 | | |
| 07/31/07 | Review/revise default papers; address procedural issues. | CAL | 0.8 | | |
| 07/31/07 | Letter to Judge Cote; work on Rule 26 disclosures; prepare for status conference. | JPD | 0.3 | | |
| | Total Hours | | 6.7 | | |
| | Total Fees | | | $ | 1,942.50 |
| | Disbursements Posted | | | | |
| | Postage Expense | | 1.14 | | |
| | Total Disbursements | | | $ | 1.14 |
| | TOTAL AMOUNT DUE | | | $ | 1,943.64 |

RF11
17988-00643

Invoice Number: **58896** Page 3

### Attorney Summary

| Attorney | Hours | Rate | Total |
|---|---:|---:|---:|
| Partner<br>( JPD ) Doherty, John P. | 1.9 | 400.00 | 760.00 |
| Associate<br>( CAL ) Lynch, Christopher A. | 2.3 | 350.00 | 805.00 |
| Legal Assistant<br>( JNN ) Novikov-Carles, Jackeline N. | 1.9 | 175.00 | 332.50 |
| Administrative<br>( JEW ) Wilson, Jonathan E. | 0.6 | 75.00 | 45.00 |
|  | 6.7 |  |  |
| Total Fees |  |  | $ 1,942.50 |
| Total Disbursements |  |  | $ 1.14 |
| TOTAL AMOUNT DUE |  |  | $ 1,943.64 |

RFH
17988-00643



# Thacher Proffitt

Thacher Proffitt & Wood LLP

Deutsche Bank Securities, Inc.
60 Wall Street
New York, NY 10005

Attn:  Jay Strauss Esq.

PLEASE REMIT PAYMENT BY WIRE TO:

Citibank, N.A.
(ABA No. 021000089)
For the Account of:
Thacher Proffitt & Wood LLP
Account No. 37562867
Reference: RFH 17988-00643

Invoice Number **DRAFT**

September 17, 2007

FEDERAL ID NO. 13-5612353

FOR PROFESSIONAL SERVICES rendered and disbursements posted through August 31, 2007 with respect to Mortgage Corp America/Zone Funding, our services including:

| Date | Services | Atty. | Hours |
|---|---|---|---|
| 08/01/07 | Work on/ revise default papers. | CAL | 0.4 |
| 08/01/07 | Rule 26 issues; prepare for Court hearing. | JPD | 0.2 |
| 08/02/07 | Emails with DBSP; work on defaults. | JPD | 0.2 |
| 08/03/07 | Prepare for and attend conference before Judge Cote; prepare for same; outline report to client; email with DBSP. | JPD | 0.4 |
| 08/06/07 | Draft and revise status email. | BEZ | 0.4 |
| 08/07/07 | Picked up transcript from Court Reporters' Office in SDNY. | JEW | 0.8 |
| 08/07/07 | Review recently received court hearing transcript; load into LiveNote accordingly; e-mail regarding same. | JNN | 0.2 |
| 08/09/07 | Discuss damages issues for default with JFD. | CAL | 0.1 |
| 08/15/07 | Address attorneys' fees issues for default judgment. | CAL | 0.1 |
| 08/15/07 | Emails with DBSP; work on default motions. | JPD | 0.2 |
| 08/16/07 | Revise/finalize papers for default certificate from Clerk; revise affidavits for fees. | CAL | 0.7 |
| 08/16/07 | Obtained signature on Clerk's Certificate from Judgment Clerk in SDNY. | JEW | 0.4 |
| 08/17/07 | Revise default judgment papers. | CAL | 0.2 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 08/17/07 | Work on application for default judgment. | JNN | 0.5 | |
| 08/20/07 | Follow up regarding Rule 26, Ocwen and proof issues. | JPD | 0.2 | |
| 08/21/07 | Revise papers; conference with MM on filing of same. | CAL | 0.2 | |
| 08/21/07 | Follow up regarding Rule 26, Ocwen and proof issues. | JPD | 0.2 | |
| 08/22/07 | Finalize default papers and bring to Chambers for Order to Show Cause. | CAL | 0.9 | |
| 08/22/07 | Submitted and obtained signature on Order to Show Cause by Judge Cote in SDNY. | JEW | 0.7 | |
| 08/22/07 | Finalize Court Filings. | JNN | 0.6 | |
| 08/23/07 | Prepare and organize documents; coordinate service of order to show cause and affidavit of John P. Doherty upon resident agent; office meeting with CAL regarding same. | JNN | 0.3 | |
| 08/30/07 | Work on Affidavit of Service of the Order to Show Cause and Affidavit of John P. Doherty in Support of Application for Default Judgment with exhibits; coordinate public notarization accordingly; arrange for docketing. | JNN | 0.7 | |
| | Total Hours | | 8.6 | |
| | Total Fees | | | $ 2,272.00 |
| | Disbursements Posted | | | |
| | Duplicating | | 20.46 | |
| | Federal Express | | 32.51 | |
| | Local Transportation | | 2.25 | |
| | Total Disbursements | | | $ 55.22 |
| | TOTAL AMOUNT DUE | | | $ 2,327.22 |

RFH
17988-00643

### Attorney Summary

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| **Partner** | | | |
| ( JPD ) Doherty, John P. | 1.4 | 400.00 | 560.00 |
| **Associate** | | | |
| ( CAL ) Lynch, Christopher A. | 2.6 | 395.00 | 1,027.00 |
| ( BEZ ) Zahner, Brendan E. | 0.4 | 350.00 | 140.00 |
| **Legal Assistant** | | | |
| ( JNN ) Novikov-Carles, Jackeline N. | 2.3 | 175.00 | 402.50 |
| **Administrative** | | | |
| ( JEW ) Wilson, Jonathan E. | 1.9 | 75.00 | 142.50 |
| | 8.6 | | |
| Total Fees | | | $ 2,272.00 |
| Total Disbursements | | | $ 55.22 |
| TOTAL AMOUNT DUE | | | $ 2,327.22 |

RFH
17988-00643