UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DB STRUCTURED PRODUCTS, INC.

    Plaintiff,

-against-

MORTGAGE CORPORATION OF AMERICA,
INC., d/b/a ZONE FUNDING

    Defendant.

ECF CASE

07 Civ. 4106 (DLC)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07
```

## DEFAULT JUDGMENT

This action having been commenced on May 25, 2007 by the filing of the Complaint, and a copy of the (i) Complaint; (ii) Summons; (iii) Statement Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure; (iv) Civil Cover Sheet; (v) Individual Practices of Judge Denise Cote; (vi) Individual Rules of Practice of Judge Kevin Nathaniel Fox; (vii) 3rd Amended Instructions For Filing An Electronic Case or Appeal; (viii) Procedures for Electronic Case Filing; and (ix) Guidelines for Electronic Case Filing having been properly served on the defendant, Mortgage Corporation of America, d/b/a Zone Funding ("Defendant") on June 5, 2007 by personally serving Defendant's registered agent, Bradley Albert Rice, 4277 Valley Fair Street, Simi Valley, CA 93063, and a proof of service having been filed on June 18, 2007, and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

**ORDERED** that Plaintiff have judgment against Defendant in the liquidated amount of $13,088,631.05 with interest at $3,023.93 per diem from 04/30/07 through 09/14/07 amounting

to $417,302.34, and attorneys' fees and costs in the amount of $13,051.89, amounting in all to $13,518,985.28; and it is further

**ORDERED** that within thirty (30) days following payment in full of the amount awarded by this Default Judgment, Plaintiff shall return to Defendant the Mortgage Loans[2] as set forth in the Purchase Agreement. *The Clerk of Court shall close the case.*

Dated: New York, New York

September 14, 2007

_____
**United States District Judge**

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Complaint.

3